# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. 17-MJ-223

Date 2/2/17

Title United States v. Darnell Brown

Present: The Honorable Gail J. Standish

Earlene Carson — Deputy Clerk

n/a — Court Reporter / Recorder

Attorneys Present for Government: n/a

Attorneys Present for Defendant: n/a

**Proceedings:** (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ Lack of bail resources

☒ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☒ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☐ Allegations in petition

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. __17-223 MJ__  Date __2/2/17__

Title    United States v. __Darnell Brown__

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions
☐ Allegations in petition
☐ Substance abuse
☐ Already in custody on state or federal offense
☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

MRW-2 (5/15)                    CRIMINAL MINUTES - GENERAL